**DISMISS; Opinion Filed August 12, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00959-CV**

**HOH, L.L.C., Appellant**
**V.**
**CITY OF DALLAS AND THE BOARD OF ADJUSTMENT OF THE CITY OF DALLAS,**
**Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-10635-M**

# MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Before the Court is appellant's July 22, 2013 motion to dismiss appeal. Appellant's

motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).


/David Evans/

130959F.P05        DAVID EVANS
       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOH, L.L.C., Appellant

No. 05-13-00959-CV      V.

CITY OF DALLAS AND THE BOARD OF
ADJUSTMENT OF THE CITY OF
DALLAS, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-10635-M.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered this 12th day of August, 2013.


        /David Evans/
        DAVID EVANS
        JUSTICE

130959.dis.op.docx         −2−